UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA          :

                                                :              ss: New Haven, Connecticut

COUNTY OF NEW HAVEN              :

## AFFIDAVIT IN SUPPORT OF COMPLAINT & ARREST WARRANT

I, Jordan Oliveira, Special Agent of the Department of Homeland Security Investigations ("HSI"), being duly sworn, depose and state as follows:

## INTRODUCTION & AGENT BACKGROUND

1.      I submit this affidavit in support of a criminal complaint and arrest warrant charging JOSEPH AMADEO ("AMADEO") with violations of Title 18 United States Code §§ 2252A(a)(2) and (b)(l) (receipt of child pornography) (the "TARGET OFFENSE").

2.      I have been employed as a Special Agent of HSI since 2010, and am currently assigned to the HSI Office of the Resident Agent in Charge in New Haven, CT. While employed by HSI, I have investigated federal criminal violations related to high technology or cybercrime, child exploitation, and child pornography. I have gained experience through training at the Federal Law Enforcement Training Center's Criminal Investigator Training Program and the ICE-HSI Special Agent Training course and everyday work relating to conducting these types of investigations. I have received training in the area of child pornography and child exploitation and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media.

3.      I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7) in that I am empowered by law to

conduct investigations of and to make arrests for offenses enumerated in Title 18, United States Code, Section 2516. I have personally participated in the investigation concerning the violations of the federal law listed in this affidavit.

4.      The statements contained in this affidavit are based in part on information provided by other members of local, state, and federal law enforcement, my own investigation to include personal observations, documents and other investigative materials which I have reviewed, as well as my training and experience as a Special Agent with HSI.  Since this affidavit is being submitted for the limited purpose of obtaining a criminal complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation.  I have set forth only the facts that I believe are necessary to establish probable cause to believe that AMADEO committed the TARGET OFFENSE.

## BACKGROUND ON TOR

5.      The Internet is a global network of computers and other devices. Devices directly connected to the Internet are uniquely identified by Internet Protocol addresses, which are used to route information between Internet-connected devices. Every computer device connected to the Internet has an IP address assigned to it, which is used to route Internet traffic to or from the device. A device's IP address can generally be used to determine the device's physical location and, thereby, its user.  Generally, when one device requests information from a second device, the requesting device specifies its own IP address so that the responding device knows where to send its response. On the Internet, data transferred between devices is split into discrete packets, each of which has two parts: a header with non-content routing and control information, such as the packet's source and destination IP addresses; and a payload, which generally contains user data or the content of a communication.

6.      "Tor," which is an acronym for "The Onion Router," is a special network of computers on the Internet, distributed around the world, that is designed to conceal the true IP addresses of computers on the network and, thereby, the identities of the network's users. To access the Tor network, a user must install Tor software. That is most easily done by downloading the free "Tor browser" from the Tor Project, the private entity that maintains the Tor network, via their website at www.torproject.org.[1] The Tor browser is a web browser that is configured to route a user's Internet traffic through the Tor network.

7.      As with other Internet communications, a Tor user's communications are split into packets containing header information and a payload, and are routed using IP addresses. In order for a Tor user's communications to be routed through the Tor network, a Tor user necessarily (and voluntarily) shares the user's IP address with Tor network relay computers, which are called "nodes." This routing information is stored in the header portion of the packet. As the packets travel through the Tor network, each node is able to see the address information of the previous node the communication came from and the next node the information should be sent to. Those Tor nodes are operated by volunteers – individuals or entities who have donated computers or computing power to the Tor network in order for it to operate.

8.      Because a Tor user's communications are routed through multiple nodes before reaching their destination, when a Tor user accesses such an Internet website, only the IP address of the last relay computer (the "exit node"), as opposed to the Tor user's actual IP address, appears on that website's IP address log. In addition, the content of a Tor user's communications is encrypted while the communication passes through the Tor network. That can prevent the operator

---

[1] Tor users may also choose to manually configure a web browser or other application to route communications through the Tor network.

of a Tor node from observing the content (but not the routing information) of other Tor users' communications.

9.      The Tor Network also makes it possible for users to operate or access websites that are accessible only to users operating within the Tor network. Such websites are called "hidden services" or "onion services." They operate in a manner that attempts to conceal the true IP address of the computer hosting the website. Like other websites, hidden services are hosted on computer servers that communicate through IP addresses. However, hidden services have unique technical features that attempt to conceal the computer server's location.

10.      Unlike standard Internet websites, a Tor-based web address is comprised of a series of either 16 or 56 algorithm-generated characters, for example "asdlk8fs9dflku7f," followed by the suffix ".onion." Ordinarily, investigators can determine the IP address of the computer server hosting a website (such as www.justice.gov) by simply looking it up on a publicly available Domain Name System ("DNS") listing. Unlike ordinary Internet websites, however, there is no publicly available DNS listing through which one can query the IP address of a computer server that hosts a Tor hidden service. So, while law enforcement agents can often view and access hidden services that are facilitating illegal activity, they cannot determine the IP address of a Tor hidden service computer server via public lookups. Additionally, as with all Tor communications, communications between users' computers and a Tor hidden service webserver are routed through a series of intermediary computers. Accordingly, neither law enforcement nor hidden-service users can use public lookups or ordinary investigative means to determine the true IP address – and therefore the location – of a computer server that hosts a hidden service.

**PROBABLE CAUSE**

A.   *Amadeo's Background & History of Possessing Child Pornography*

11.     AMADEO is a 36-year old convicted sex offender who lives with his parents at a residence in Northford, Connecticut ("AMADEO's residence"). AMADEO's bedroom is located in the basement of the residence.

12.     On December 20, 2013, AMADEO was convicted of risk of injury to a child in violation of Connecticut General Statutes Section 53-21(a)(1).[2] This conviction stems from a July 2010 Connecticut State Police ("CSP") undercover investigation into a peer-to-peer file sharing network ("P2P"), which identified an IP address, subscribed to AMADEO's mother at AMADEO's residence. The images that the CSP detectives obtained from the suspect IP address, as part of their undercover investigation, depicted female victims from ages 6-11 years old engaged in various sex acts and posing with their genitals exposed. On December 23, 2010, law enforcement executed a search warrant at AMADEO's residence, and interviewed AMADEO.

13.     During the interview, AMADEO admitted to using two computers (including one computer he built himself) to access P2P networks and download and share child pornography. Notably, AMADEO told detectives that he liked the excitement of knowing that he could look at these types of images and get away with it. AMADEO said that he had been using P2P networks for ten years and estimated that he had 100-1000 files of child pornography (videos and still images) saved on his computers. AMADEO also said that he burned files of child pornography onto CDs. AMADEO told the CSP detectives that the youngest child he had seen child pornographic images of "was probably infant." AMADEO said that he preferred files involving

---

[2] Connecticut State Police provided HSI with investigative reports drafted in connection with AMADEO's 2013 conviction. These reports document the search warrant, arrest, and interview of AMADEO that all took place at his residence.

girls. CSP detectives identified 495 image files and 194 video files of suspected child pornography on the hard drive of a computer seized during the execution of the search warrant. Background Investigation

14.    In April 2020, HSI New Haven began investigating AMADEO, based upon information that a user of the Internet at AMADEO's residence was linked to an online community of individuals who regularly send and receive child pornography via a hidden service website that operated on the Tor anonymity network.

15.    As part of HSI's investigation of the above information, on September 15, 2020, the Honorable Robert M. Spector, United States Magistrate Judge for the District of Connecticut authorized the installation and use of a pen register/trap and trace device ("PRTT") to record, decode and  capture all dialing, routing addressing and signaling information associated with each communication to or from the residential Internet service account for AMADEO's residence.

16.    I was able to determine that from September 18, 2020, to October 16, 2020, an Internet user at AMADEO's residence accessed or connected to the Tor network approximately 120 times. The PRTT data included all of the IP addresses between September 18, 2020, and October 16, 2020, that the IP address at AMADEO's residence connected to. Analysis of the PRTT data identified approximately (11) different IP addresses that were suspected to be linked to the Tor. Further analysis of the PRTT data determined that an internet user at AMADEO's residence connected to those (11) suspected Tor IP addresses 120 separate times between September 18, 2020, and October 16, 2020. By utilizing a publicly-accessible tool, I was able to verify that all 11 IP addresses were known Tor network relays.

B.     **Search of AMADEO's residence**

17.     On or about February 23, 2021, the Honorable Sarah A. L. Merriam, United States Magistrate Judge for the District of Connecticut, authorized a federal search and seizure warrant for AMADEO's residence. On March 2, 2021, HSI agents, including myself, as well as members of the North Branford Police Department and the CSP, executed the warrant. AMADEO and his parents were present during the execution of the warrant.

18.     During the execution of the search warrant, law enforcement located and seized multiple items including computers, thumb drives, DVD/CD's, external hard drives, and cellular phones (collectively "devices"). The majority of the seized devices were found in the basement. Law enforcement also identified a wooden dresser in a room on the main floor of the residence. The dresser along with clothes and other furniture were located in a section of the room that had been partitioned off by a curtain. AMADEO's father said that the dresser and other items in that section of the room belonged to AMADEO and had been brought upstairs due to water issues in the basement. In the dresser, law enforcement located and seized a Toshiba Hard Drive and a large Ziplock type bag filled with girls' underwear and what appeared to be crumpled up paper towels. The dresser also contained a 7 -pack plastic package of size 6 girls' "My Little Pony" underwear that had been opened and was missing sets of underwear. Additional sets of girls' underwear were found in the basement and were comingled with numerous sex toys.

19.     A forensic examination of the seized devices began after the execution of the search warrant. This examination has identified more than 6000 files containing child pornography (as defined in 18 U.S.C. § 2256), as well as evidence of AMADEO's access to child pornography using the Internet and AMADEO's receipt of child pornography using the Internet.

20.     For instance, I reviewed data pertaining to child pornography found on AMADEO's external Seagate Hard Drive. Notably, during the execution of the search of AMADEO's residence, the Seagate Hard Drive was observed connected to AMADEO's computer, that was located next to his bed and was accessible to AMADEO when he was encountered and detained by HSI Special Agents. While reviewing the data found on the Seagate Hard Drive, I identified that numerous files containing child pornography had file system creation dates of September 19, 2020 and October 10, 2020. I know from my training and experience with computer date stamps, that "Created Dates," often indicate when a file was stored, copied or downloaded to a particular device. I also know from my previous review of pen register data that the IP address that was utilized by a user at AMADEO's residence had connections with IP addresses that were verified as Tor exit routers on September 19, 2020 and October 10, 2020.

21.     Listed below are descriptions of files containing child pornography that have "Created Dates" of September 19, 2020 or October 10, 2020 found on the Seagate Hard Drive. Notably, all of the files described below were located in a folder on the hard drive named "Tor Browser."

| Item #[3] | Creation Date & Time | File Name | Description |
|---|---|---|---|
| 1 | 9/19/2020 03:00:56 | dog lick child.webm | A 51 second video, with a young female who appears to be approximately 10-12 years old, naked from the waist down, sitting in a chair. A dog walked into the camera view and licked the girl's vagina, which was the focus of the video. |
| 2 | 9/19/2020 3:04:02 | Black Friday (21).mp4 | A 15 second video in length, zoomed in on the top of the head of a young female who appears to be approximately 4-5 years old, performing oral sex on an adult male's penis. |

---

[3] The column "Item #" is used below for reference within this affidavit only and has no correlation to the data for the actual file.

| 3 | 10/10/2020 05:04:30 | 12yo brother gets BJ and pussy fucks 5yo sister.mp4 | A video two minutes and twenty-nine seconds long, in which young female who appears to be approximately 4-5 years old performs oral sex and has vaginal sex with a young male. |
|---|---|---|---|
| 4 | 10/10/2020 05:15:32 | chubby redhead EPN.3gp | A video three minutes and one second long that appears to be multiple clips taken over different periods of time of a young female who appears to be 8-10 years old having vaginal and oral sex with an adult male penis, having her vagina manipulated with a vibrator and finger and showing her using her hands to masturbate an adult male penis. |

22.     On March 10, 2021, I began to review the DVDs and thumb drives that were seized from AMADEO's residence. I reviewed the contents of a 128 GB SanDisk thumb drive (one of 13 thumb drives found in AMADEO's bedroom in the basement of the residence), which contained numerous videos and photographs of child pornography. I noticed that there was a folder on this thumb drive titled "Tor Browser" that had a "Start Tor Browser" shortcut. I clicked on the shortcut link while using a stand-alone computer. The shortcut led directly to the Tor Browser.

23.     The child pornography on the thumb drive appeared to focus on girls from the toddler age to early teen ages. The videos showed these young girls performing oral sex on adult males, being penetrated by adult male penises and performing sex acts with dogs. The following is a description of one of the images located on found on the thumb drive:

| Item # | File Name | Description |
|---|---|---|
| 5 | 1564017713.jpg | An image of a young female, who appears to be approximately 5-7 years old lying on a bed with her legs spread and her t-shirt pushed up halfway up her stomach. She girl is naked from the stomach down and her vagina is fully exposed and covered in what appears to be seminal fluid. |

## **CONCLUSION**

24.     Based upon the foregoing, there is probable cause to believe, and I do believe, that

AMADEO committed the offense of receipt of child pornography, in violation of 18 U.S.C.

§ 2252A(a)(2) and (b)(1) as set forth herein, and therefore I respectfully request the issuance of

the specified criminal complaint and arrest warrant.


_____
Jordan Oliveira
Special Agent
Homeland Security Investigations


The truth of the foregoing affidavit has been attested to me by HSI Special Agent Jordan Oliveira
over the telephone on this _____ day of May, 2021 in accordance with the requirements of Fed.
R. Crim. P. 4.1.


_____
HON. ROBERT M. SPECTOR
UNITED STATES MAGISTRATE JUDGE