AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 3:21MJ_____(RMS) |
| Joseph Amadeo | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Joseph Amadeo,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2) and (b)(1) | Receipt of child pornography |

Date: 05/28/2021

Robert M. Spector
Digitally signed by Robert M. Spector
Date: 2021.05.28 14:39:39 -04'00'
*Issuing officer's signature*

City and state: New Haven, CT

Hon Robert M. Spector, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 6/3/21, and the person was arrested on *(date)* 6/3/21
at *(city and state)* NEW HAVEN, CT.

Date: 6/3/21

[signature]
*Arresting officer's signature*

CRAIG BOWLING, SPECIAL AGENT
*Printed name and title*