Case 3:22-cr-00090-AWT   Document 66   Filed 05/05/22   Page 1 of 3

United States District Court
District of Connecticut
FILED AT BRIDGEPORT
May 5, 20 22
By _____
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Grand Jury B-21-1

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 3:22 CR 90 (SALM) /RMS |
| v. | VIOLATION: |
| JOSEPH AMADEO | 18 U.S.C. §§ 2252A(a)(2) and (b)(1)<br>(Receipt of Child Pornography) |

INDICTMENT

The Grand Jury charges:

COUNT ONE
(Receipt of Child Pornography)

1. From on or about September 18, 2019 through on or about March 2, 2020, in the District of Connecticut, the defendant JOSEPH AMADEO did knowingly receive material containing child pornography, as that term is defined in Title 18, United States Code, Section 2256(8)(A), including, but not limited to, videos bearing the file names: "BlaXXX XXXXXX (21).mp4," "12yo brother XXXX XX XXX XXXXX XXXXX 5yo sistermp4," and "chubby XXXXXXX EPN.3gp," whose full file names are known to the Grand Jury, knowing that the material contained visual depictions of minors engaging in sexually explicit conduct, which had been received using any means and facility of interstate and foreign commerce and which had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(2) and (b)(1).

## FORFEITURE ALLEGATION

2. Upon conviction of one or more of the offenses alleged in Count One of this Indictment, the defendant JOSEPH AMADEO shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 2253(a) all right, title, and interest in any property used or intended to be used to commit or facilitate the commission of the offense, all property constituting or traceable to proceeds obtained, directly or indirectly, from such offense, and all visual depictions described in 18 United States Code Sections 2251-2252, and any book, magazine, periodical, film, videotape, or other matter containing any such visual depiction, which was produced, transported, mailed, shipped, or received in committing such offenses, including, but not limited to, the following:

    a. one external Seagate hard drive, bearing serial number NA8F7K8A, and other computers, thumb drives, cell phones, tablets, DVDs, CDs and other storage media which were seized from the defendant's residence on or about March 2, 2021; and

    b. various thumb drives and hard drives obtained from the defendant on or about May 28, 2021.

3. If any of the above described forfeitable property, as a result of any act or omission of the defendant, cannot be located upon the exercise of due diligence, has been transferred, sold to, or deposited with a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

All in accordance with Title 18, United States Code, Sections 2253, Title 21, United States Code, Section 853, and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
_____
FOREPERSON

UNITED STATES OF AMERICA

_____
LEONARD C BOYLE
UNITED STATES ATTORNEY

_____
AMANDA S. OAKES
ASSISTANT UNITED STATES ATTORNEY