UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
--------------------------------x
                                :
UNITED STATES OF AMERICA        :
                                :
v.                              :    CRIM. NO. 3:22-CR-90 (AWT)
                                :
JOSEPH AMADEO                   :
                                :
--------------------------------x
```

### ORDER EXCLUDING SPEEDY TRIAL TIME

On August 17, 2022, the court entered an order making Speedy Trial Act findings and excluding the speedy trial time through January 5, 2023. See ECF No. 86. On November 28, 2022, the defendant filed a motion to dismiss the indictment, which tolled the speedy trial clock until the court's ruling. See 18 U.S.C. § 3161(h)(1)(D).

On March 6, 2023, the court entered an order denying the defendant's motion to dismiss the indictment. On March 9, 2023, the court held a telephonic status conference for the purpose of setting a new jury selection date.

During the March 9, 2023 status conference, counsel for the government stated that they would be ready to proceed to trial as soon as the court was ready, and counsel for the defendant referred to another trial he had scheduled and stated that he would not be ready for trial until either late May or June. Based on the foregoing, the court found that the interests of justice served by continuing jury selection to May 15, 2023 outweighed the

-2-

interests of the public and the defendant in a speedy trial because the failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv).

Accordingly, the speedy trial time shall be excluded from March 6, 2023 to May 15, 2023 pursuant to 18 U.S.C. § 3161.

It is so ordered.

Signed this 10th day of April 2023, at Hartford, Connecticut.

/s/AWT
Alvin W. Thompson
United States District Judge