UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
--------------------------------------------------x
                                                  :
UNITED STATES OF AMERICA                          :    Crim. No. 3:22CR90(AWT)
                                                  :
v.                                                :
                                                  :
JOSEPH AMADEO                                     :    APRIL 19, 2023
                                                  :
--------------------------------------------------x
```

### FINDINGS AND RECOMMENDATION ON A PLEA OF GUILTY

The captioned matter was referred to the undersigned by United States District Judge Alvin W. Thompson, and a hearing was conducted on April 19, 2023, in open court, and on the record, with the written consent of the defendant, counsel for the defendant and counsel for the United States, regarding the defendant's request to change his plea to "Guilty" to Count One of the Indictment, charging him with receipt of child pornography, in violation of 18 U.S.C. § 2252A(a)(2). Based upon the answers given by the defendant under oath and in the presence of counsel; the remarks of defense counsel and counsel for the government; and the written representations in the plea agreement; I find the following:

- that the defendant is competent to plead;

- that he understands the charge against him in the Indictment to which he pleaded guilty;

- that he knows he has the right to be represented by counsel at trial and at every other stage of the proceeding, and is satisfied with his current counsel;

- that he understands his right to plead not guilty and, having already done

1

so, to persist in that not-guilty plea;

- that he understands his right to a jury trial, including the right to confront and cross-examine adverse witnesses, to be protected from compelled self-incrimination, to testify and present evidence, and to compel the attendance of witnesses, and that he understands he would be giving up these trial rights if he pleaded guilty and the Court accepts that plea;

- that he knows the maximum possible sentence including the maximum possible terms of imprisonment and supervised release, the mandatory minimum terms of imprisonment and supervised release, the consequence of a violation of supervised release, the maximum potential fine that could be imposed, the mandatory special assessment of $100.00, and the other additional applicable special assessments of up to $35,000 and $5,000, as set forth in the written plea agreement and explained during the plea colloquy;

- that he knows that the Court is obligated to consider the advisory sentencing guidelines range, possible departures under the sentencing guidelines, and other sentencing factors under applicable sentencing law, and that any factual disputes at sentencing will be resolved by the Court by a preponderance of the evidence;

- that he understands the potential immigration consequences and the other collateral consequences of a felony conviction;

- that he understands that as a result of the conviction on Count One, he will be required to register as a sex offender;

- that he understands that restitution is mandatory in this case and that he

2

understands the restitution agreement into which he has entered;

- that he knows he will not be permitted to withdraw his plea of guilty if the calculation of the sentencing guidelines or the sentence ultimately imposed is other than he anticipates;

- that he understands his right to appeal;

- that he understands the elements of the offense to which he pleaded guilty and that there is a factual basis for the defendant's plea; and

- that the defendant's waiver of rights and plea of guilty have been knowingly and voluntarily made, are of his own free will, were not coerced and were not the product of any other promises other than those set down in writing.

The Court also finds that, based on the representations of government counsel, that the requirements of 18 U.S.C. § 3771 did apply in this matter, and that the government has made the required notifications under the statute.

Accordingly, I hereby RECOMMEND that the defendant's plea of guilty be accepted.

Dated this 19th day of April, 2023, at New Haven, Connecticut.

/s/ *Robert M. Spector*

ROBERT M. SPECTOR
UNITED STATES MAGISTRATE JUDGE