UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA                    Docket No. 3:22-CR-90

v.

JOSEPH AMADEO

# RESTITUTION ORDER

**I.    Restitution Liability**

   **A.  Restitution Amount**

   The Defendant, Joseph Amadeo, shall pay restitution in the amount of $ 87,000 pursuant to [ ✓ **18 U.S.C. § 3663A**].

   ☐ This amount includes _____ in prejudgment interest.

   **B.  Joint and Several Liability**

   ☐ Restitution is joint and several with defendant(s) _____ in case numbers _____.
   Restitution is joint and several with defendant(s) not presently named.

   **-OR-**

   ☐ The Court has apportioned liability among the defendants to reflect the level of contribution to the victim's loss and the economic circumstances of each defendant, as follows: 
   _____.

   **C.  Identification of Victims**

   Restitution shall be paid to the victim(s) identified in Schedule A attached hereto on a *pro rata* basis, unless otherwise specified in Schedule A.

**II.   Interest (Check One) and Penalties**

   ☑ All interest is waived.

   The Defendant shall pay interest on any restitution amount of more than $2,500.00, unless restitution is paid in full before the fifteenth day after the date of the judgment, unless directed as follows: _____.

   ☑ All penalties are waived by the Government pursuant to 18 U.S.C. § 3612(h).

1

**III.     Time and Method of Payment**

     Pursuant to 18 U.S.C. §§ 3572 and 3664(f)(2), in consideration of (1) the financial resources and other assets of the Defendant, including whether any of these assets are jointly controlled; (2) projected earnings and other income of the Defendant; and (3) any financial obligations of the Defendant, including obligations to dependents, the Defendant is hereby ordered to pay restitution in the manner and according to the schedule that follows:

  A. An Initial Lump Sum Payment of _____ is due and payable [immediately/by date _____ ].

  B. Any remaining balance is due and payable according to the following schedule:

    1. While serving any term of imprisonment, the Defendant

      ☑ shall not be required to make restitution payments; or

      ☐ shall make installment payments as follows:

    2. After completion of the term of imprisonment or if the Defendant is not sentenced to a term of imprisonment, the Defendant shall make installment payments as follows:

    <u>monthly payments of not less than $100 per month, or 10% of his gross monthly income, whichever is greater on the 15th day of each month.</u>

**IV.     Payment Instructions**

     The Defendant shall make payment to the Clerk of Court. Payment may be made in the form of cash, check or money order. All payments by check or money order shall be made payable to the "Clerk, United States District Court," and each check shall be delivered to the United States District Court, Attention: Clerk's Office, Hartford as required by 18 U.S.C. § 3611. The Defendant shall write the docket number of this case on each check delivered to the Clerk's Office. Any cash payments shall be hand delivered to the Clerk's Office using exact change and shall not be mailed. Payments can be made through Pay.gov, using a checking or savings account (ACH) or credit, debit, and prepaid cards. Before making payments on-line, debtors should self-enroll on the Pay.gov. Instructions on how to self-enroll and make payments on-line are on the court's website at: http://www.ctd.uscourts.gov/payment-information.

     The Clerk shall distribute restitution payments to the victim(s) identified in this order in accordance with the District's Standing Order on the Disbursement of Restitution Payments by the Clerk of Court.

**V.**     **Additional Provisions**

The Defendant shall notify the Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, of any material change in the Defendant's economic circumstances that might affect the Defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k).

The Defendant shall notify the Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, of any change in address.

The Defendant shall apply to any restitution still owed the value of any substantial resources from any source the defendant receives during the period of incarceration, including inheritance, settlement, or other judgment in accordance with 18 U.S.C. § 3664(n).

Nothing in this order shall prevent the Bureau of Prisons from implementing restitution payments in accordance with its Inmate Financial Responsibility Program ("IFRP"), 28 U.S.C. § 545.10 et seq. up to the maximum amount permitted under the IFRP guidelines.

It is so ordered.

Dated at  Hartford , Connecticut on this 14th day of  May , 20 24

/s/
Alvin W. Thompson
United States District Judge

Rev. 6-1-21

United States v. Joseph Amadeo
3:22cr90(AWT)

## SCHEDULE A

Restitution shall be made to the following victims.

| Victim | Restitution Amount |
| --- | --- |
| 1. John Doe 1<br><br>Payable to:<br>Tanya Hankins in Trust for the 8 Kids Series (re: John Doe 1)<br><br>Mailing address:<br>The Law Office of Erik Bauer, P.O. Box 1091,<br>Tacoma, Washington, 98401 | $3,000 |
| 2. John Doe 2<br><br>Payable to:<br>Tanya Hankins in Trust for the 8 Kids Series (re: John Doe 2)<br><br>Mailing address:<br>The Law Office of Erik Bauer, P.O. Box 1091,<br>Tacoma, Washington, 98401 | $3,000 |
| 3. John Doe 3<br><br>Payable to:<br>Tanya Hankins in Trust for the 8 Kids Series (re: John Doe 3)<br><br>Mailing address:<br>The Law Office of Erik Bauer, P.O. Box 1091,<br>Tacoma, Washington, 98401 | $3,000 |

| | |
|---|---|
| 4. John Doe 4<br><br>Payable to:<br>Tanya Hankins in Trust for the 8 Kids Series (re: John Doe 4)<br><br>Mailing address:<br>The Law Office of Erik Bauer, P.O. Box 1091,<br>Tacoma, Washington, 98401 | $3,000 |
| 5. John Doe 5<br><br>Payable to:<br>Tanya Hankins in Trust for the 8 Kids Series (re: John Doe 5)<br><br>Mailing address:<br>The Law Office of Erik Bauer, P.O. Box 1091,<br>Tacoma, Washington, 98401 | $3,000 |
| 6. April<br><br>Payable to:<br>Restore the Child in Trust for April<br><br>Mailing address:<br>Restore the Child, PLLC, 2522 N. Proctor St, Ste 85,<br>Tacoma, Washington, 98406 | $3,000 |
| 7. L.L.<br><br>Payable to:<br>Tim Nay, Trustee of L.A.L. Trust<br><br>Mailing address:<br>Tim Nay Law Office of Nay & Friedenberg<br>6500 SW Macadam Ave, Ste 300<br>Portland, OR 97239 | $3,000 |
| 8. Violet<br><br>Payable to:<br>Carol L. Hepburn I/T/F Violet<br><br>Mailing address:<br>PO Box 17718<br>Seattle, WA 98127 | $3,000 |

| | |
|---|---|
| 9. Maria<br><br>Payable to:<br>Carol L. Hepburn I/T/F Maria<br><br>Mailing address:<br>Carol L. Hepburn, P.S., P.O. Box 17718<br>Seattle, Washington, 98127 | $3,000 |
| 10. Henley<br><br>Payable to:<br>Deborah A. Bianco, in trust for Henley<br><br>Mailing address:<br>P.O. Box 6503<br>Bellevue, WA 98008 | $3,000 |
| 11. Wyatt<br><br>Payable to:<br>Utah Crime Victims Legal Clinic in trust for Wyatt<br><br>Mailing address:<br>404 East 4500 South Ste B24<br>Salt Lake City, Utah 84107 | $3,000 |
| 12. Sierra<br><br>Payable to: Carol L. Hepburn I/T/F Sierra<br><br>Mailing address:<br>PO Box 17718<br>Seattle, WA 98127 | $3,000 |
| 13. Savannah<br><br>Payable to: Carol L. Hepburn I/T/F Savannah<br><br>Mailing address:<br>PO Box 17718<br>Seattle, WA 98127 | $3,000 |

3

| | |
|---|---|
| 14. Skylar<br><br>Payable to: Carol L. Hepburn I/T/F Skylar<br><br>Mailing address:<br>PO Box 17718<br>Seattle, WA 98127 | $3,000 |
| 15. Sally<br><br>Payable to: Carol L. Hepburn I/T/F Sally<br><br>Mailing address:<br>PO Box 17718<br>Seattle, WA 98127 | $3,000 |
| 16. Jen<br><br>Payable to: Tanya Hankins in Trust for Jen<br><br>Mailing address:<br>The Law Office of Erik Bauer, P.O. Box 1091,<br>Tacoma, Washington, 98401 | $3,000 |
| 17. Maureen<br><br>Payable to: Deborah A. Bianco, in trust for Maureen<br><br>Mailing address:<br>PO Box 6503<br>Bellevue, WA 98008 | $3,000 |
| 18. Patty<br><br>Payable to: Jones Day in trust for Patty<br><br>Mailing address:<br>Jones Day<br>Attn: Kelly Locher<br>500 Grant Street, Suite 4500<br>Pittsburgh, PA 15219-2514 | $3,000 |

4

| | |
|---|---|
| 19. Sarah<br><br>Payable to: Carol L. Hepburn I/T/F Sarah<br><br>Mailing address:<br>PO Box 17718<br>Seattle, WA 98127 | $3,000 |
| 20. Anna<br><br>Payable to: Utah Crime Victims Legal Clinic in trust for Anna<br><br>Mailing address:<br>Utah Crime Victims Legal Clinic<br>404 East 4500 South Ste B24<br>Salt Lake City, Utah 84107 | $3,000 |
| 21. Cara<br><br>Payable to: Carol L. Hepburn I/T/F Cara<br><br>Mailing address:<br>P.O. Box 17718<br>Seattle, Washington, 98127 | $3,000 |
| 22. M.L.<br><br>Payable to: Jones Day on Behalf of M.L<br><br>Mailing address:<br><br>Jones Day<br>c/o Brittany Wiegand<br>110 North Wacker Drive, Suite 4800<br>Chicago, IL 60606 | $3,000 |
| 23. Jessy<br><br>Payable to: Deborah A. Bianco, in trust for Jessy<br><br>Mailing address:<br>PO Box 6503<br>Bellevue, WA 98008 | $3,000 |

5

| | |
|---|---|
| 24. Mya<br><br>Payable to:  Deborah A. Bianco, in trust for Mya<br><br>Mailing address:<br>PO Box 6503<br>Bellevue, WA 98008 | $3,000 |
| 25. Pia<br><br>Payable to:  Deborah A. Bianco, in trust for Pia<br><br>Mailing address:<br>PO Box 6503<br>Bellevue, WA 98008 | $3,000 |
| 26. Sloane<br><br>Payable to:  Carol L. Hepburn I/T/F Sloane<br><br>Mailing address:<br><br>Mailing address:<br>P.O. Box 17718<br>Seattle, Washington, 98127 | $3,000 |
| 27. Emily<br><br>Payable to:  Tanya Hankins in Trust for Emily<br><br>Mailing address:<br>The Law Office of Erik Bauer, P.O. Box 1091<br>Tacoma, Washington, 98401. | $3,000 |
| 28.  Lily<br><br>Payable to:  Carol L. Hepburn I/T/F Lily<br><br>Mailing address:<br>PO Box 17718<br>Seattle, WA 98127 | $3,000 |

| | |
|---|---|
| 29. Ali<br><br>Payable to:  Moore & Van Allen in trust for Ali of ZooFamily1<br><br>Mailing address:<br>Moore & Van Allen PLLC<br>Attn: Sarah Byrne/049549.1<br>100 N. Tryon Street, Suite 4700<br>Charlotte, NC 28202 | $3,000 |
| Total | $87,000 |